1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE DISTRICT OF ARIZONA

8
9

Demetrius Lemus,                          )        No. 10-CV-101-TUC-AWT
                                          )
10                     Petitioner,        )        **ORDER**
                                          )
11    vs.                                 )
                                          )
12                                        )
      Lionel C. Apker,                    )
13                                        )
                       Respondent.        )
14                                        )
      _____       )
15
16
17          This order addresses the habeas corpus petition and Motion for Summary Judgment

18    by Petitioner Demetrius Lemus. On January 5, 2011, after a thorough and well documented

19    analysis, Magistrate Judge Marshall issued a Report and Recommendation ("R&R") to this

20    Court. Neither party filed an objection to the R&R. Magistrate Judge Marshall recommended

21    that this Court both dismiss the petition and deny the motion.

22          When there are no objections to the R&R, the Court will modify or set aside only

23    those portions that are clearly erroneous or contrary to law.  *See* 28 U.S.C. § 636(b)(1); Fed.

24    R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v.*

25    *Crabtree*, 14 F.Supp.2d 1203, 1204 (D. Or. 1998).  The Court has carefully reviewed the

26    entire record and concludes that Magistrate Judge Marshall's recommendations are not

27    clearly erroneous or contrary to law.

28

1    Accordingly,

2         **IT IS ORDERED** that the **REPORT AND RECOMMENDATION** of Magistrate

3    Judge Marshall (Doc. No. 22) is **ADOPTED**.

4         **IT IS FURTHER ORDERED** that this case be **DISMISSED WITH PREJUDICE**.

5    The Clerk of Court is directed to close the case.

6         DATED this 28th day of February, 2011.

7

8

9    _____

10   Raner C. Collins
     United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -